1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant RINEHART
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR 12-00853 LHK
                                       )
11                   Plaintiff,        )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING DATE
12  vs.                                )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13  ROBERT RINEHART,                   )
                                       )
14                   Defendant.        )
                                       )
15  _____   )

16         The defendant, Robert Rinehart, represented by Assistant Federal Public Defender Diana

17  A. Garrido, and the government, represented by Assistant United States Attorney Jeffrey B.

18  Schenk, hereby stipulate that, with the Court's approval, the status conference currently set for

19  Wednesday, April 17, 2013 at 9:00 a.m., shall be continued to Wednesday, June 5, 2013 at 9:00

20  a.m.

21         The continuance is requested to provide both defense counsel and the government with

22  additional time to review discovery and to negotiate an appropriate resolution. The continuance

23  would provide both parties with the reasonable time necessary for effective preparation. Further,

24  defense counsel is unavailable until June because she has been selected as an alternate juror in a

25  six week trial commencing April 16, 2013 in San Francisco. Accordingly, both parties

26  respectfully request that the time between April 17, 2013 and June 5, 2013 be excluded under the

Stipulation and [Proposed] Order
                                       1

1    Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2
     Dated: April 15, 2013
3
                                        STEVEN G. KALAR
4                                       Federal Public Defender

5
                                             /s/
6                                       DIANA A. GARRIDO
                                        Assistant Federal Public Defender
7

8    Dated: April 15, 2013

9                                       MELINDA HAAG
                                        United States Attorney
10

11                                           /s/
                                        JEFFREY B. SCHENK
12                                      Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order

1    **[PROPOSED] ORDER**

2           Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that

3    the status conference set for April 17, 2013 be continued to June 5, 2013. The Court FURTHER

4    ORDERS that the time between April 17, 2013 and June 5, 2013 is excluded under the Speedy

5    Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6    that the failure to grant the requested continuance would unreasonably deny counsel reasonable

7    time necessary for effective preparation, taking into account the exercise of due diligence.

8    Furthermore, the Court finds that the ends of justice served by granting the requested continuance

9    outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore

10   concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

11   (B)(iv).

12

13   IT IS SO ORDERED.

14

15   DATED:    4/15/13

16   THE HONORABLE LUCY H. KOH
     United States District Judge

Stipulation and [Proposed] Order

3