CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Fax: (415) 436-6570
    Email: benjamin.wolinsky@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-000853-001 EKL |
| Plaintiff, | |
| v. | **WRIT OF GARNISHMENT** |
| ROBERT RINEHART, | |
| Defendant, | (INVESTMENT ACCOUNT) |
| ROBINHOOD FINANCIAL, LLC, | |
| Garnishee. | |

TO:    Robinhood Financial, LLC
          85 Willow Road
          Menlo Park, CA 94025

//

//

WRIT OF GARNISHMENT
CR 12-000853-001 EKL          1

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are, as follows:

>Robert Rinehart
>15230 Madrone Hill Road
>Saratoga, CA 95070
>Social Security Number (last four digits):  XXX-XX-3302

This Writ has been issued pursuant to a stipulation between the United States of America and Robert Rinehart, and an order issued pursuant to that stipulation, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $395,800.00.  As of June 27, 2025[1], there was a balance of approximately $349,340.35 plus interest on the judgment debt.  Interest accrues at the rate of 0.10% per annum or $0.95 per day.

1.	Pursuant to 28 U.S.C. § 3205(c)(2)(F) and the terms of the stipulation and order filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, until you receive instructions from the United States regarding distribution and payment of the property at issue.  Such property includes the Robinhood Financial, LLC, account ending in -1655 in the name of Robert Rinehart.

2.	Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

>a.	Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt

---

[1] Garnishee shall adjust the net payment to add a daily interest of $0.95, if the liquidating, processing, and mailing date is after August 18, 2025.

WRIT OF GARNISHMENT
CR 12-000853-001 EKL                                            2

                interest;

      b.    a description of such property and the value of such property;

      c.    a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

      d.    the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

> Clerk, United States District Court
> 450 Golden Gate Avenue, 16th Fl.
> San Francisco, CA 94102

At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to the defendant and attorney for the United States at the following respective addresses:

> Robert Rinehart
> 15230 Madrone Hill Road
> Saratoga, CA 95070
>
> Benjamin J. Wolinsky
> Assistant U.S. Attorney
> 450 Golden Gate Avenue, 9th Floor
> P.O. Box 36055
> San Francisco, CA 94102

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant, defendant's attorney of record, and the attorney for the United States, and which needs to be filed with the Court along with the answer.

WRIT OF GARNISHMENT
CR 12-000853-001 EKL                            3

4. In accordance with the stipulation and order, you must liquidate the Robinhood Financial, LLC account ending in -1655 in the approximate net amount of $348,985.69, less any legally required tax withholding as determined by the Garnishee, and apply the funds as directed. Any remaining funds shall stay in the account, which shall stay open and subject to any applicable liens.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**



MARK B. BUSBY,
Clerk of Court
United States District Court
for the Northern District of California

Dated: August 20, 2025      By: _____
                                 Deputy Clerk